**AEE**

**08 C 1015**

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS

**DEFENDANTS**
FLEET LINE TRUCKING, INCORPORATED, an Illinois corporation and DONNELL LANGSTON, Individually

**(b)** County of Residence of First Listed Plaintiff: DuPage
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
John J. Toomey
Arnold and Kadjan
19 W. Jackson Boulevard, Suite 300
Chicago, Illinois 60604

Attorneys (If Known)

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

## IV. NATURE OF SUIT
[X] 791 Empl. Ret. Inc. Security Act

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
29 U.S.C. 185, 29 U.S.C. 1132 and 1145 action for delinquent ERISA contributions

## VII. PREVIOUS BANKRUPTCY MATTERS

## VIII. REQUESTED IN COMPLAINT:
JURY DEMAND: [X] No

## IX. This case [X] is not a refiling of a previously dismissed action.

DATE: 2/19/08
SIGNATURE OF ATTORNEY OF RECORD: John J. Toomey

**JUDGE DER-YEGHIAYAN**
**MAGISTRATE JUDGE KEYS**

**FILED**
**FEBRUARY 19, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT