UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

**08 C 1015**

TRUSTEES OF THE SUBURBAN
TEAMSTERS OF NORTHERN ILLINOIS
PENSION AND WELFARE FUNDS,

Docket Number: _____

Assigned Judge: _____
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE KEYS

v.

Designated
Magistrate Judge: _____

FLEET LINE TRUCKING,
INCORPORATED, an Illinois corporation
and DONNELL LANGSTON, Individually

TO:  (Name and address of defendant)

FLEET LINE TRUCKING, INCORPORATED
an Illinois corporation
c/o Its Registered Agent and President
Donnell Langston
530 S. Kenilworth Avenue
Oak Park, Illinois  60304

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard, Suite 300
Chicago, Illinois  60604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk                                   Date

**Michael W. Dobbins, Clerk**

*Anya Ellis* (signature)

(By) DEPUTY CLERK

**February 19, 2008**
Date

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me.   5:45 PM   DATE: 2/26/08

NAME OF SERVER (PRINT) SCOTT POCIUS   TITLE INVESTIGATOR

*Check one box below to indicate appropriate method of service-*

[_] Served personally upon the defendant. Place where served: _____

[X] FLEET LINE TRUCKING, INCORPORATED C/O ITS PRESIDENT + REGISTERED AGENT-DONNELL LANGSTON
Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. AT 530 S. KENILWORTH AVE, OAK PARK, IL
Name of person with whom the summons and complaint were left: HIS WIFE - KATHLEEN W. LANGSTON
SHE CAN BE DESCRIBED AS A F/B, 57 YEARS, SHORT STRAIGHT BLACK HAIR

[_] Returned unexecuted: _____

[_] Other (specify): _____

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/26/08
Date

Signature of Server: Scott Pocius

Address of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068