IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS,<br><br>Plaintiff,<br><br>v.<br><br>FLEET LINE TRUCKING INCORPORATED, an Illinois corporation and DONNELL LANGSTON, Individually<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  No. 08 C 1015<br>)<br>)  Judge Der-Yeghiyian<br>)<br>)<br>)  Magistrate Judge Keys<br>)<br>)<br>) |

## AFFIDAVIT

RICHARD SIEBERT, upon being first duly sworn deposes and states as follows:

1. Affiant is employed by the Suburban Teamsters Welfare and Pension Fund ("Funds") as an auditor, is familiar with the Fleet Line Trucking Incorporated audit ("Employer"), having examined its books and records to determine what amounts if any were due and owing the Funds, and is also familiar with the parties' agreement concerning contributions, liquidated damages and interest owed.

2. That an audit of Employer's books and records was performed on march 18, 2008 covering the period April, 2007 through February, 2008 and found to be owing:

   | | |
   |---|---|
   | Pension | $6,141.76 |
   | Welfare | $11,350.36 |

3. That Employer was given a copy of the audit and given notice of findings and has made no effort to pay or settle.

. 4. That the audit including liquidated damages and interest totals $17,492.12.

5.  That Affiant suffers from no disability and can so testify and affirm such facts.

FURTHER AFFIANT SAYETH NOT.

_____
RICHARD SIEBERT

SUBSCRIBED AND SWORN
to before me this 11th day of
April, 2008.

_____
Notary Public