IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, | ) ) ) ) |
| Plaintiff, | ) ) ) No.  08 C 1015 |
| v. | ) ) ) Judge Der-Yeghiyian ) |
| FLEET LINE TRUCKING INCORPORATED, an Illinois corporation and DONNELL LANGSTON, Individually | ) ) Magistrate Judge Keys ) ) |
| Defendants. | ) |

## NOTICE OF MOTION

To:   FLEET LINE TRUCKING, INCORPORATED
      an Illinois corporation
      c/o Its Registered Agent and President
      Donnell Langston
      530 S. Kenilworth Avenue
      Oak Park, Illinois  60304

      Donnell Langston, Individually
      530 S. Kenilworth Avenue
      Oak Park, Illinois  60304

  PLEASE TAKE NOTICE that on April 17, 2008, at 9:00 a.m., I will appear before the Honorable Judge Der-Yeghiyian in Room 1903 and then and there present the attached Motion for Judgment in Sum Certain, copies of which are attached hereto.

                    Respectfully submitted,

                    s/John J. Toomey
                    ARNOLD AND KADJAN
                    19 W. Jackson Blvd., Suite 300
                    Chicago, IL 60604
                    Telephone No.: (312) 236-0415
                    Facsimile No.: (312) 341-0438
                    Dated: April 11, 2008

## CERTIFICATE OF SERVICE

      I hereby certify that on April 11, 2008 I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

FLEET LINE TRUCKING, INCORPORATED
an Illinois corporation
c/o Its Registered Agent and President
Donnell Langston
530 S. Kenilworth Avenue
Oak Park, Illinois  60304

Donnell Langston, Individually
530 S. Kenilworth Avenue
Oak Park, Illinois  60304

                                                **s/John J. Toomey**
                                                ARNOLD AND KADJAN
                                                19 W. Jackson Blvd., Suite 300
                                                Chicago, IL 60604
                                                Telephone No.:  (312) 236-0415
                                                Facsimile No.:  (312) 341-0438
                                                Dated:  April 11, 2008