IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, <br><br> Plaintiff, <br><br> v. <br><br> FLEET LINE TRUCKING INCORPORATED, an Illinois corporation and DONNELL LANGSTON, Individually <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No.  08 C 1015 <br> ) <br> ) Judge Der-Yeghiyian <br> ) <br> ) Magistrate Judge Keys <br> ) <br> ) <br> ) |

## STATUS REPORT

The Plaintiffs submit the following report of the status of this case:

1. **Meeting.** Neither the corporate defendant or individual has appeared or filed an answer in this case, and no attorney has appeared for either Defendant.

2. **Nature of Claims:** Plaintiffs have requested a 29 USC 1145 audit and the amount found to be due pursuant to the audit against the corporate Defendant, and remaining payments on a defaulted installment note against both Defendants.  All claims fall under 29 USC 1145.

3. **Names of Parties not Served:** All parties have been served.

4. **Principle Legal Issues:** Non-payment of benefits owed pursuant to a written agreement covered by 29 USC 1145.

5. **Principle Factual Issues:** Amount owed in audit delinquency, payments made on installment note.

6. **Pending Motions:** Plaintiffs have filed a Motion for Default and Judgment in Sum Certain set for April 17, 2008. Since the filing of the action Defendants have made 4 of 6 payments remaining on the installment note and have submitted to an audit, although it has not been paid.

7. **Discovery:** As no appearance has been filed, nor answer filed, no discovery has been served but Defendants voluntarily permitted an audit.

8. **Type of Discovery Needed:** None; if the Motion for Default and Judgment in Sum Certain is granted.

9. **Proposed Dates:** None are needed as Plaintiffs have the Motion for Default and Judgment in Sum Certain up on April 17, 2008.

10. **When Ready for Trial:** Plaintiffs assert that this is not applicable.

11. **Probable Length of Trial:** Plaintiffs assert that this is not applicable.

12. **Jury Trial:** A jury trial has not been requested.

13. **Settlement Discussions:** Defendants have submitted to an audit showing $17,492.12 owing and the parties have discussed payment of the audit and note. Defendants have two payments remaining on the note totaling $4,609.63. Plaintiffs have proposed a new installment note combing the audit and note balance. Defendant has no signed it.

14. **Magistrate Judge:** Plaintiffs do not, as of yet, consent unanimously to proceed before a Magistrate Judge.

Date:

                    Respectfully submitted,

TRUSTEES OF THE CHICAGO PAINTERS
AND DECORATORS PENSION FUND, et al.,

By:\_\_\_\_/s/ John J. Toomey_____
       One of their Attorneys

Anthony B. Sanders
Arnold and Kadjan
19 West Jackson Boulevard
Chicago, IL 60604
(312) 236-0415