IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS,<br><br>        Plaintiff,<br><br>v.<br><br>FLEET LINE TRUCKING INCORPORATED, an Illinois corporation and DONNELL LANGSTON, Individually<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 08 C 1015<br>)<br>) Judge Der-Yeghiyian<br>)<br>)<br>) Magistrate Judge Keys<br>)<br>)<br>) |

NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:    FLEET LINE TRUCKING, INCORPORATED
        an Illinois corporation
        c/o Its Registered Agent and President
        Donnell Langston
        530 S. Kenilworth Avenue
        Oak Park, Illinois 60304

        Donnell Langston, Individually
        530 S. Kenilworth Avenue
        Oak Park, Illinois 60304

      PLEASE TAKE NOTICE that on April 11, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division the following document:

      1.    Joint Status Report.

a copy of which is attached hereto and served upon you.

                                        TRUSTEES OF THE SUBURBAN TEAMSTERS
                                        OF NORTHERN ILLINOIS WELFARE AND
                                        PENSION FUNDS

                                          s/John J. Toomey
                                        ARNOLD AND KADJAN
                                        19 W. Jackson Blvd., Suite 300
                                        Chicago, IL 60604
                                        Telephone No.: (312) 236-0415
                                        Facsimile No.: (312) 341-0438
                                        Dated: April 11, 2008

## CERTIFICATE OF SERVICE

      I hereby certify that on April 11, 2008 I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

FLEET LINE TRUCKING, INCORPORATED  
an Illinois corporation  
c/o Its Registered Agent and President  
Donnell Langston  
530 S. Kenilworth Avenue  
Oak Park, Illinois  60304  

Donnell Langston, Individually  
530 S. Kenilworth Avenue  
Oak Park, Illinois  60304  

                                              s/John J. Toomey  
                                              ARNOLD AND KADJAN  
                                              19 W. Jackson Blvd., Suite 300  
                                              Chicago, IL 60604  
                                              Telephone No.:  (312) 236-0415  
                                              Facsimile No.:  (312) 341-0438  
                                              Dated:  April 11, 2008