IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS,<br><br>   Plaintiff,<br><br>v.<br><br>FLEET LINE TRUCKING INCORPORATED, an Illinois corporation and DONNELL LANGSTON, Individually<br><br>   Defendants. | No. 08 C 1015<br><br>Judge Der-Yeghiyian<br><br>Magistrate Judge Keys |

NOTICE OF FILING AND CERTIFICATE OF SERVICE

To: FLEET LINE TRUCKING, INCORPORATED
   an Illinois corporation
   c/o Its Registered Agent and President
   Donnell Langston
   530 S. Kenilworth Avenue
   Oak Park, Illinois  60304

   Donnell Langston, Individually
   530 S. Kenilworth Avenue
   Oak Park, Illinois  60304

  PLEASE TAKE NOTICE that on April 16, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division the following document:

  1. Notice of Dismissal.

a copy of which is attached hereto and served upon you.

          TRUSTEES OF THE SUBURBAN TEAMSTERS
          OF NORTHERN ILLINOIS WELFARE AND
          PENSION FUNDS

          s/John J. Toomey
          ARNOLD AND KADJAN
          19 W. Jackson Blvd., Suite 300
          Chicago, IL 60604
          Telephone No.: (312) 236-0415
          Facsimile No.: (312) 341-0438
          Dated: April 16, 2008

## CERTIFICATE OF SERVICE

      I hereby certify that on April 16, 2008 I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

FLEET LINE TRUCKING, INCORPORATED
an Illinois corporation
c/o Its Registered Agent and President
Donnell Langston
530 S. Kenilworth Avenue
Oak Park, Illinois  60304

Donnell Langston, Individually
530 S. Kenilworth Avenue
Oak Park, Illinois  60304

                                            s/John J. Toomey
                                            ARNOLD AND KADJAN
                                            19 W. Jackson Blvd., Suite 300
                                            Chicago, IL 60604
                                            Telephone No.:  (312) 236-0415
                                            Facsimile No.:  (312) 341-0438
                                            Dated:  April 16, 2008