IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS,<br><br>Plaintiff,<br><br>v.<br><br>FLEET LINE TRUCKING INCORPORATED, an Illinois corporation and DONNELL LANGSTON, Individually<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  No. 08 C 1015<br>)<br>)  Judge Der-Yeghiyian<br>)<br>)  Magistrate Judge Keys<br>)<br>)<br>)<br>) |

NOTICE OF DISMISSAL

NOW COMES the TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, through its attorneys, ARNOLD AND KADJAN, and pursuant to FRCP Rule 41(a)(1)(i) dismisses the above captioned case without prejudice, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.  Upon payment in full of the note balance as set forth in the Settlement Agreement, which are attached, this case shall be dismissed with prejudice on June 30, 2009.

        TRUSTEES OF THE SUBURBAN TEAMSTERS
        OF NORTHERN ILLINOIS WELFARE AND
        PENSION FUND, Plaintiffs

        s/John J. Toomey
        ARNOLD AND KADJAN
        19 W. Jackson Blvd., Suite 300
        Chicago, IL 60604
        Telephone No.: (312) 236-0415
        Facsimile No.: (312) 341-0438
        Dated: April 16, 2008

## SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS FRINGE BENEFITS

### Fleet Line Trucking, Inc. : Pension Fund
April 15, 2008

For value received, the undersigned promises to pay to the order of Suburban Teamsters of Northern Illinois Pension Fund the principal total of $ 6,141.76 ( **Six Thousand One Hundred Forty One and 76/100 dollars.**)

The maker of this Note acknowledges that the above indebtedness represents fringe benefit contributions and other costs and charges due and owing pursuant to applicable provisions of the Employee Retirement Income and Security Act 29 U.S.C. 1145. For contributions due for the period February, 2007 through September, 2007.

The Employer shall make a **down payment of $ 1,224.98** on April 15, 2008, leaving a **principal balance of $ 4,916.78**. That balance is to be paid with 10% annual interest in 12 equal and consecutive monthly **installments of $ 432.26** beginning on May 15, 2008. Payments should be sent to:

> Suburban Teamsters of Northern Illinois
> 1275 W. Roosevelt Rd. Unit 121
> West Chicago, IL 60185

Or such other place as may be directed by the legal holder of this Note.

**The Employer is to remain current in regular monthly contributions.** Failure to do so will be considered a default, causing the remaining unpaid Note balance to become immediately due and payable.

The undersigned hereby irrevocably authorizes any attorney of any court of record to appear for the undersigned in such court, in term time or vacation, at any time after default in the payment of any installment of the principal hereof, and confess judgment without process in favor of the payee or holder of this Note for the unpaid amount, together with costs of collection including reasonable attorney's fees, and to waive and release all errors which may intervene in such proceedings, and consent to immediate execution upon such judgment, hereby ratifying and confirming all that said attorney may do by virtue hereof.

All parties hereto severally waive presentment for payment, notice of dishonor and protest.

By: _Donnell Langston_                  Date: _April 14, 2008_
Donnell Langston, President
Fleet Line Trucking, Inc.

_Donnell Langston_                       Date: _April 14, 2008_
Donnell Langston, Individually

## SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS FRINGE BENEFITS

### Fleet Line Trucking, Inc. : Welfare Fund
April 15, 2008

For value received, the undersigned promises to pay to the order of Suburban Teamsters of Northern Illinois **Welfare** Fund the principal total of $ 11,350.36 ( **Eleven Thousand Three Hundred Fifty and 36/100** dollars.)

The maker of this Note acknowledges that the above indebtedness represents fringe benefit contributions and other costs and charges due and owing pursuant to applicable provisions of the Employee Retirement Income and Security Act 29 U.S.C. 1145. For contributions due for the period February, 2007 through September, 2007.

The Employer shall make a **down payment of $ 2,285.79** on April 15, 2008, leaving a principal **balance of $ 9,064.57.** That balance is to be paid with 10% annual interest in 12 equal and consecutive monthly installments of $ 796.92 beginning on May 15, 2008. Payments should be sent to:

> Suburban Teamsters of Northern Illinois
> 1275 W. Roosevelt Rd. Unit 121
> West Chicago, IL 60185

Or such other place as may be directed by the legal holder of this Note.

**The Employer is to remain current in regular monthly contributions.** Failure to do so will be considered a default, causing the remaining unpaid Note balance to become immediately due and payable.

The undersigned hereby irrevocably authorizes any attorney of any court of record to appear for the undersigned in such court, in term time or vacation, at any time after default in the payment of any installment of the principal hereof, and confess judgment without process in favor of the payee or holder of this Note for the unpaid amount, together with costs of collection including reasonable attorney's fees, and to waive and release all errors which may intervene in such proceedings, and consent to immediate execution upon such judgment, hereby ratifying and confirming all that said attorney may do by virtue hereof.

All parties hereto severally waive presentment for payment, notice of dishonor and protest.

By: _Donnell Langston_ Date: April 14, 2008
Donnell Langston, President
Fleet Line Trucking, Inc.

_Donnell Langston_ Date: April 14, 2008
Donnell Langston, Individually

**Other Documents**
1:08-cv-01015 Trustees of the Suburban Teamsters of Northern Illinois Pension Fund and Welfare Funds v. Fleet Line Trucking, Incorporated et al
KEYS

## United States District Court

### Northern District of Illinois - CM/ECF LIVE, Ver 3.1.3

**Notice of Electronic Filing**

The following transaction was entered by Toomey, John on 4/16/2008 at 11:57 AM CDT and filed on 4/16/2008

**Case Name:** Trustees of the Suburban Teamsters of Northern Illinois Pension Fund and Welfare Funds v. Fleet Line Trucking, Incorporated et al
**Case Number:** 1:08-cv-1015
**Filer:** Trustees of the Suburban Teamsters of Northern Illinois Pension Fund and Welfare Funds
**Document Number:** 13

**Docket Text:**
**Notice of Dismissal by Trustees of the Suburban Teamsters of Northern Illinois Pension Fund and Welfare Funds (Toomey, John)**

**1:08-cv-1015 Notice has been electronically mailed to:**

John Joseph Toomey     jtoomey100@hotmail.com

**1:08-cv-1015 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=4/16/2008] [FileNumber=4694270-0
] [21160fe39a0f5b6d99ec1878be0dd029b6c2850cbe088aadb840b578bbb515915ec
337eb0443fb9b488ee4c9d9ed1ba34b328979fc889c89f98fa342936360eb]]