## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | No. 08 C 1015 |
| v. | ) ) | Judge Der-Yeghiyian |
| | ) | |
| FLEET LINE TRUCKING INCORPORATED, an Illinois corporation and DONNELL LANGSTON, Individually | ) ) ) | Magistrate Judge Keys |
| | ) ) | |
| Defendants. | ) | |

## MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS

OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its

attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move

for entry of a default judgment in sum certain as stated in this Complaint and the supporting

Affidavits attached hereto.  In support of its Motion, Plaintiffs state as follows:

1.      Suit was filed on February 19, 2008 for collection of delinquent

contributions, attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2.      Corporate service was made upon FLEET LINE TRUCKING,

INCORPORATED, an Illinois corporation on February 26, 2008 and a copy of the proof of

service was filed with the court on March 24, 2008.

3.      Service was made upon DONNELL LANGSTON, Individually on

February 26, 2008 and a copy of the proof of service was filed with the court on March 24,

2008.

4.      On April 14, 2008, DONNELL LANGSTON, Individually and as President

of Fleet Line Trucking, Inc. entered into a Pension Fund installment note for $6,164.76

(Exhibit A). Nine installment note payments have made through January 15, 2009. There

remains a balance due the Pension Fund of $1,018.55 (Exhibit B).

5.      On April 14, 2008, DONNELL LANGSTON, Individually and as President

of Fleet Line Trucking, Inc. entered into a Welfare Fund installment note for $11,350.36

(Exhibit C). Nine installment note payments have been made through January 15, 2009.

There remains a balance due the Welfare Fund of $1,901.79 (Exhibit D).

6.      The Defendants are now in default as to the Complaint and as supported by

the attached Affidavits the sums due are:

> $1,018.55 Pension installment note
> $1,901.79 Welfare installment note
>   $925.00 Attorneys fees
>   $416.00 Court costs
> $4,261.34

WHEREFORE, Plaintiffs pray for the entry of judgment against Defendants,

FLEET LINE TRUCKING, INC.,, an Illinois corporation and DONNELL LANGSTON,

Individually, jointly and severally and in favor of Plaintiffs, TRUSTEES OF THE

SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION

FUNDS in the amount of $4,261.34.

> TRUSTEES OF THE SUBURBAN TEAMSTERS
> OF NORTHERN ILLINOIS WELFARE AND
> PENSION FUNDS
>
> **s/John J. Toomey**
> ARNOLD AND KADJAN
> 19 W. Jackson Blvd., Suite 300
> Chicago, IL 60604
> Telephone No.: (312) 236-0415
> Facsimile No.: (312) 341-0438
> Dated: May 26, 2009

# EXHIBIT A

## SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS FRINGE BENEFITS

### Fleet Line Trucking, Inc. : Pension Fund
**April 15, 2008**

For value received, the undersigned promises to pay to the order of Suburban Teamsters of Northern Illinois Pension Fund the principal total of $ 6,141.76 ( **Six Thousand One Hundred Forty One and  76/100 dollars.)**

The maker of this Note acknowledges that the above indebtedness represents fringe benefit contributions and other costs and charges due and owing pursuant to applicable provisions of the Employee Retirement Income and Security Act 29 U.S.C. 1145. For contributions due for the period February, 2007 through September, 2007.

The Employer shall make a **down payment** of $ 1,224.98 on April 15, 2008, leaving a principal **balance** of $ 4,916.78. That balance is to be paid with 10% annual interest in 12 equal and consecutive monthly installments of $ 432.26 beginning on May 15, 2008. Payments should be sent to:

> Suburban Teamsters of Northern Illinois
> 1275 W. Roosevelt Rd. Unit 121
> West Chicago, IL 60185

Or such other place as may be directed by the legal holder of this Note.

**The Employer is to remain current in regular monthly contributions.** Failure to do so will be considered a default, causing the remaining unpaid Note balance to become immediately due and payable.

The undersigned hereby irrevocably authorizes any attorney of any court of record to appear for the undersigned in such court, in term time or vacation, at any time after default in the payment of any installment of the principal hereof, and confess judgment without process in favor of the payee or holder of this Note for the unpaid amount, together with costs of collection including reasonable attorney's fees, and to waive and release all errors which may intervene in such proceedings, and consent to immediate execution upon such judgment, hereby ratifying and confirming all that said attorney may do by virtue hereof.

All parties hereto severally waive presentment for payment, notice of dishonor and protest.


By: _Donnell Langston_     Date: _April 14, 2008_
    Donnell Langston, President
    Fleet Line Trucking, Inc.

_Donnell Langston_     Date: _April 14, 2008_
    Donnell Langston, Individually

# EXHIBIT B

# Fleet Line Trucking, Inc.

Er #     4592

## Pension Fund

PRINCIPAL TOTAL: $  (6,141.76)

DOWN PYMT:     $1,224.98      Date: **April 15, 2008**

Ck #:    O 8 4 1

PRINC BALANCE:    ($4,916.78)

NMBR PYMNTS:     12

MNTHLY PYMT:     **$432.26**  /month

| | Date DUE | NOTE BALANCE | | PEN PYMNT | PRINC PD | CURRENT PRINC BAL | | Date | Check # |
|---|---|---|---|---|---|---|---|---|---|
| | | PAY THIS… …OR THIS | | | AFTER REGULAR PAYMENT | | | Payments | Made |
| 1 | 05/15/08 | 4,957.75 | | 432.26 | 391.29 | 4,525.49 | 1 | 5/15/08 | 0954 |
| 2 | 06/15/08 | 4,563.20 | | 432.26 | 394.55 | 4,130.94 | 2 | 7/15/08 | 0962 |
| 3 | 07/15/08 | 4,165.36 | | 432.26 | 397.84 | 3,733.10 | 3 | | |
| 4 | 08/15/08 | 3,764.21 | | 432.26 | 401.15 | 3,331.94 | 4 | 9/26/08 | 0967 |
| 5 | 09/15/08 | 3,359.71 | | 432.26 | 404.50 | 2,927.45 | 5 | | |
| 6 | 10/15/08 | 2,951.84 | | 432.26 | 407.87 | 2,519.58 | 6 | 11/15/08 | 0964 |
| 7 | 11/15/08 | 2,540.58 | | 432.26 | 411.27 | 2,108.31 | 7 | 3/16/09 | 0976 |
| 8 | 12/15/08 | 2,125.88 | | 432.26 | 414.69 | 1,693.62 | 8 | 3/16/09 | 0976 |
| 9 | 01/15/09 | 1,707.73 | | 432.26 | 418.15 | 1,275.47 | 9 | 04/1/09 | 0979 |
| 10 | 02/15/09 | 1,286.10 | | 432.26 | 421.63 | 853.84 | 10 | 11/15/0X | 0969 |
| 11 | 03/15/09 | 860.95 | | 432.26 | 425.15 | 428.69 | 11 | | |
| 12 | 04/15/09 | 432.26 | | 432.26 | 428.69 | 0.00 | 12 | | |

5/15/09 Late payment interest on installment note    $167.60

# EXHIBIT C

# SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS FRINGE BENEFITS

## Fleet Line Trucking, Inc. : Welfare Fund
**April 15, 2008**

For value received, the undersigned promises to pay to the order of Suburban Teamsters of Northern Illinois **Welfare Fund** the principal total of $ 11,350.36 (  **Eleven Thousand Three Hundred Fifty and  36/100 dollars.**)

The maker of this Note acknowledges that the above indebtedness represents fringe benefit contributions and other costs and charges due and owing pursuant to applicable provisions of the Employee Retirement Income and Security Act 29 U.S.C. 1145. For contributions due for the period February, 2007 through September, 2007.

The Employer shall make a **down payment** of $ 2,285.79 on April 15, 2008, leaving a principal **balance** of $ 9,064.57. That balance is to be paid with 10% annual interest in 12 equal and consecutive monthly **installments** of $ 796.92 beginning on May 15, 2008. Payments should be sent to:

>  Suburban Teamsters of Northern Illinois
>  1275 W. Roosevelt Rd. Unit 121
>  West Chicago, IL 60185

Or such other place as may be directed by the legal holder of this Note.

**The Employer is to remain current in regular monthly contributions.** Failure to do so will be considered a default, causing the remaining unpaid Note balance to become immediately due and payable.

The undersigned hereby irrevocably authorizes any attorney of any court of record to appear for the undersigned in such court, in term time or vacation, at any time after default in the payment of any installment of the principal hereof, and confess judgment without process in favor of the payee or holder of this Note for the unpaid amount, together with costs of collection including reasonable attorney's fees, and to waive and release all errors which may intervene in such proceedings, and consent to immediate execution upon such judgment, hereby ratifying and confirming all that said attorney may do by virtue hereof.

All parties hereto severally waive presentment for payment, notice of dishonor and protest.


By: _Donnell Langston_____    Date: _April 14, 2008_
  Donnell Langston, President
  Fleet Line Trucking, Inc.

  _Donnell Langston_____    Date: _April 14, 2008_
  Donnell Langston, Individually

# EXHIBIT D

# Fleet Line Trucking, Inc.

Er #    4592

### Welfare Fund

PRINCIPAL TOTAL: **$ (11,350.36)**

DOWN PYMT:    $2,285.79          Date: **April 15, 2008**

Ck #:    0842

PRINC BALANCE:    ($9,064.57)

NMBR  PYMNTS:    **12**

MNTHLY PYMT:    **$796.92**  /month

| | | PAY THIS.... ...OR THIS | | AFTER REGULAR PAYMENT | | | Payments | Made |
|---|---|---|---|---|---|---|---|---|
| | Date DUE | NOTE BALANCE | WEL PYMNT | PRINC PD | CURRENT PRINC BAL | | Date | Check # |
| 1 | 05/15/08 | 9,140.11 | 796.92 | 721.38 | 8,343.19 | 1 | 5/15/08 | 0953 |
| 2 | 06/15/08 | 8,412.71 | 796.92 | 727.39 | 7,615.79 | 2 | 7/15/08 | 0961 |
| 3 | 07/15/08 | 7,679.26 | 796.92 | 733.46 | 6,882.34 | 3 | | |
| 4 | 08/15/08 | 6,939.69 | 796.92 | 739.57 | 6,142.77 | 4 | 9/22/08 | 0913 |
| 5 | 09/15/08 | 6,193.96 | 796.92 | 745.73 | 5,397.04 | 5 | | |
| 6 | 10/15/08 | 5,442.01 | 796.92 | 751.94 | 4,645.09 | 6 | 11/15/08 | 0969 |
| 7 | 11/15/08 | 4,683.80 | 796.92 | 758.21 | 3,886.88 | 7 | 3/16/09 | 0977 |
| 8 | 12/15/08 | 3,919.27 | 796.92 | 764.53 | 3,122.36 | 8 | 3/16/09 | 09-7) |
| 9 | 01/15/09 | 3,148.37 | 796.92 | 770.90 | 2,351.46 | 9 | 4/1/09 | 0978 |
| 10 | 02/15/09 | 2,371.05 | 796.92 | 777.32 | 1,574.13 | 10 | 11/15/08 | 096 |
| 11 | 03/15/09 | 1,587.25 | 796.92 | 783.80 | 790.33 | 11 | | |
| 12 | 04/15/09 | 796.92 | 796.92 | 790.33 | 0.00 | 12 | | |

5/15/09 Late payment interest on installment note   $314.54